UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| UNITED STATES OF AMERICA, Plaintiff - Appellee, v. MICHAEL S. ESHLEMAN, Defendant - Appellant. | No. 03-10559<br>D.C. No. CR-02-00532-SOM/KSC<br><br>**JUDGMENT** |
|---|---|

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 19 2004

at ___ o'clock and ___ min. ___ M.
WALTER A.Y.H. CHINN, CLERK

Appeal from the United States District Court for the District of Hawaii (Honolulu).

This cause came on to be heard on the Transcript of the Record from the United States District Court for the District of Hawaii (Honolulu) and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **AFFIRMED**.

Filed and entered June 18, 2004

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

JUL 12 2004

by: _____
Deputy Clerk

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED
JUN 18 2004
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 03-10559 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CR-02-00532-SOM/KSC |
| v. | |
| MICHAEL S. ESHLEMAN, | MEMORANDUM* |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Hawaii
Susan Oki Mollway, District Judge, Presiding

Submitted June 14, 2004**

Before: HALL, LEAVY and FISHER, Circuit Judges.

Michael S. Eshleman appeals his bench trial conviction and sentence for assault, in violation of 18 U.S.C. § 113(a)(5).

---

\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36-3.

\*\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Pursuant to *Anders v. California*, 386 U.S. 738 (1967), counsel for Eshleman has filed a brief stating there are no grounds for relief, and a motion to withdraw as counsel of record. Eshleman has not filed a pro se supplemental brief.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 83-84 (1988), discloses no grounds for relief. We therefore **GRANT** counsel's motion to withdraw and **AFFIRM** the district court's judgment.

**AFFIRMED.**

2

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

JUL 1 2 2004

by: _____
Deputy Clerk

```
INTERNAL USE ONLY: Proceedings include all events.
03-10559 USA v. Eshleman

UNITED STATES OF AMERICA              Taralynn M. Olayvar
     Plaintiff - Appellee             808-541-2850
                                      Suite 6100
                                      [COR LD NTC aus]
                                      OFFICE OF THE US ATTORNEY
                                      Prince Kuhio Federal Buillding
                                      300 Ala Moana Boulevard
                                      Honolulu, HI 96850

     v.

MICHAEL S. ESHLEMAN                   Arthur E. Ross, Esq.
     Defendant - Appellant            808/521-4343
                                      Suite 210
                                      [COR LD NTC cja]
                                      126 Queen Street
                                      Honolulu, HI 96813
```